**Order entered April 2, 2021**



## In the
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00962-CV

### IN THE INTEREST OF C.W., C.W., AND C.W., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-01219**

### ORDER

Appellant appeals from the trial court's September 30, 2020 order denying a petition for bill of review of an order terminating his parental rights to his children. The reporter's record is past due. By order dated March 5, 2021, we granted the court reporter's extension request and extended the time to March 25th. Instead of filing the reporter's record, Marty Grant, Official Court Reporter for the 304th Judicial District Court, filed a letter on March 25th informing the Court that this case was not one of the two cases on the docket on September 22, 2020. She also states that there was no docket on September 30, 2020.

The trial court's September 30th order recites that the bill of review was heard on September 22nd and that the trial court heard evidence and arguments of counsel. In light of the discrepancies in Ms. Grant's letter and the recitations in the trial court's order, we **ORDER** the trial court to conduct a hearing, **within twenty**

**days** of the date of this order, and make written findings as to (1) whether a hearing was held on September 22, 2020 or on a different date and (2) if a hearing was held, (a) whether it was recorded and (b) the names of the persons present at the hearing.

We **ORDER** Dallas County District Clerk Felicia Pitre to file, **within twenty-five days** of the date of this order, a supplemental clerk's record containing the trial court's written findings. We **ORDER** Ms. Grant to file, **within twenty-five days** of the date of this order, a reporter's record of the hearing and, if a hearing was held and recorded on September 22, 2020 or another date, the reporter's record of that hearing.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Andrea Martin Lane, Presiding Judge of the 304th Judicial District Court; Ms. Grant; Felicia Pitre, Dallas County District Clerk; and, all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. It will be reinstated in twenty-five days or when the Court receives the supplemental clerk's record with the trial court's findings, whichever occurs sooner.

/s/    CORY L. CARLYLE
        JUSTICE